**Order entered April 22, 2014**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-01199-CR

**PETER PHUC HONG TRAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81478-2012**

## ORDER

The Court **GRANTS** appellant's April 18, 2014 amended motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **SIXTY (60) DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE